

**HELEN F. DALTON & ASSOC**
ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew
T. (718) 263-9591 | F. (718) 2

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _6/30/2026_ |

June 29, 2026

**To (via ECF):**
The Honorable Magistrate Judge Analisa Torres
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Moya v. ABC Corporation, et al.**
     **1:26-cv-01454-AT**

Dear Judge Torres:

Our office represents Plaintiff in the above-referenced matter and we submit this motion jointly with counsel for Defendants to respectfully request a stay of all pending deadlines in this matter as the parties have reached a resolution following Court-annexed mediation held on June 24, 2026.

Defendants intend to serve a Rule 68 Offer of Judgment on Plaintiff within the next two weeks and Plaintiff intends to accept the Rule 68 Offer of Judgment within the 14-day acceptance period. As such, we respectfully request that the Court set a date of July 27, 2026 for Plaintiff to file his Notice of Acceptance of Defendants' Rule 68 Offer of Judgment.

We thank the Court for its consideration in this matter and remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.

GRANTED. The case is STAYED. Plaintiff shall file his notice of acceptance of Defendants' Rule 68 offer of judgment by **July 27, 2026**.

SO ORDERED.

Dated:  June 30, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge