USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ERNESTO ANTONIO PORTILLO MOYA, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

HIGHBRIDGE CW INC d/b/a JEROME CAR WASH, MARC MCMENAMIN, FELIX A. MONGE LOPEZ and SAUL MONGE LOPEZ, as individuals,

Defendants.

---------------------------------------------------------------------X

**JUDGMENT ORDER**

**1:26-CV-1454 (AT)**

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 17, 2026 and Defendants, HIGHBRIDGE CW INC d/b/a JEROME CAR WASH, MARC MCMENAMIN, FELIX A. MONGE LOPEZ and SAUL MONGE LOPEZ, as individuals, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff ERNESTO ANTONIO PORTILLO MOYA in the amount of **Twenty Thousand Dollars ($20,000.00)**, inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees;

It is ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff ERNESTO ANTONIO PORTILLO MOYA and against Defendants HIGHBRIDGE CW INC d/b/a JEROME CAR WASH, MARC MCMENAMIN, FELIX A. MONGE LOPEZ and SAUL MONGE LOPEZ in the amount of **Twenty Thousand Dollars ($20,000.00)**, inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees.

Dated: July 21, 2026
New York, New York

ANALISA TORRES
United States District Judge