USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTO ANTONIO PORTILLO MOYA,

Plaintiff,

-against-

HIGHBRIDGE CW INC. d/b/a JEROME CAR WASH and MARC McMENAMIN, FELIX A. MONGE LOPEZ and SAUL MONGE LOPEZ, as individuals,

Defendants.

26 Civ. 1454 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 26, 2026 the parties' filed a Satisfaction of Judgment with the Court. *See* ECF No. 31. As the matter is fully concluded, the Clerk of Court is respectfully instructed to terminate the case.

SO ORDERED.

Dated: August 28, 2026
New York, New York

ANALISA TORRES
United States District Judge